96 A.3d 1023

**Dennis MADDREY, Petitioner**

v.

**Nancy GIROUX, SCI Albion Superintendent, Respondent.**

**No. 50 EM 2014.**

Supreme Court of Pennsylvania.

July 25, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

96 A.3d 1024

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jamiel JOHNSON, Petitioner.**

**No. 52 EM 2014.**

Supreme Court of Pennsylvania.

July 25, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2014, the Petition for Review is **DENIED.**